JS-6

**SQUIRE PATTON BOGGS (US) LLP**
Helen H. Yang (State Bar No. 241170)
helen.yang@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

**SQUIRE PATTON BOGGS (US) LLP**
Joseph C. Weinstein (Admitted *Pro Hac Vice*)
joe.weinstein@squirepb.com
Sean L. McGrane (Admitted *Pro Hac Vice*)
sean.mcgrane@squirepb.com
4900 Key Tower 127 Public Square
Cleveland, OH 44114
Telephone: +1 216 479 8500
Facsimile: +1 216 479 8780

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAC CETRONE, Derivatively on Behalf of Ampio Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MACALUSO, THOMAS E. CHILCOTT, DAVID BAR-OR, PHILIP H. COELHO, RICHARD B. GILES, and DAVID R. STEVENS, <br><br> Defendants, <br><br> and <br><br> AMPIO PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-07855-RGK-RAO <br><br> **DERIVATIVE ACTION** <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** <br><br> [Stipulation of Dismissal Filed Concurrently Herewith] <br><br> Judge: Hon. R. Gary Klausner <br> Courtroom: 850 <br> Action Filed: September 10, 2018 |

- 1 -

- 2 -

| | |
|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), the Stipulation of Dismissal between the parties to the above-captioned action (the "Action"), and all claims and causes of action asserted by Plaintiff Zac Cetrone, derivatively on behalf of Defendant Ampio Pharmaceuticals, Inc. ("Ampio"), is GRANTED. The Action is dismissed in its entirety and without prejudice. Each party shall bear its own expenses, costs and fees. Notice of the dismissal of this Action shall be given to the shareholders of Ampio through a future filing with the Securities and Exchange Commission. |

**IT IS SO ORDERED**:

Dated: August 28, 2020

_____
HON. R. GARY KLAUSNER
United States District Court Judge